■ SHOSHANA FISCHER, Respondent, v JOSEPH FISCHER, Appellant. — Appeals from orders, Supreme Court, New York County

(Hortense Gabel, J.), both entered on December 6, 1983, unanimously dismissed, without costs and without disbursements, as having been superseded. (*See, Fischer v Fischer,* 111 AD2d 25.) No opinion. Concur — Kupferman, J. P., Sandler, Sullivan and Bloom, JJ.